FRANK N. DARRAS #128904, Frank@DarrasLaw.com
LISSA A. MARTINEZ #206994, LMartinez@DarrasLaw.com
SUSAN B. GRABARSKY #203004, SGrabarsky@DarrasLaw.com
PHILLIP S. BATHER #273236, PBather@DarrasLaw.com
DARRASLAW
3257 East Guasti Road, Suite 300
Ontario, California 91761-1227
Telephone:  (909) 390-3770
Facsimile:   (909) 974-2121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA THOMPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and, G.C.I. AND NAMED SUBSIDIARIES GROUP DISABILITY INCOME INSURANCE PLAN,<br><br>    Defendants. | Case No: 1:13-cv-00589-AWI-GSA<br>[HONORABLE GARY S. AUSTIN]<br><br>**PLAINTIFF'S REQUEST TO BRIEFLY CONTINUE THE SCHEDULING CONFERENCE AND ORDER**<br><br>Date:    July 25, 2013<br>Time:   9:00 a.m.<br>Place:   Courtroom 10<br><br>Date Action Filed:  April 23, 2013 |

TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiff Stacia Thompson ("Thompson" or "Plaintiff"), by and through her attorneys of record, hereby respectfully request to briefly continue the Scheduling Conference currently set for July 25, 2013, at 9:00 a.m.

Good cause exists to grant Plaintiff's request to briefly continue the

- 1 -

mandatory scheduling conference, based on the following:

1. On April 23, 2013, Plaintiff filed her complaint seeking recovery of long-term disability benefits under an employee welfare benefit plan governed by ERISA.

2. On April 24, 2013, the Court issued an order setting a mandatory scheduling conference for July 25, 2013, at 9:00 a.m.

3. The complaint has not yet been served upon defendants.

4. Lead counsel for Plaintiff has scheduled a pre-paid and pre-planned family vacation from July 19, 2013 to July 29, 2013.

5. On April 29, 2013, Plaintiff's counsel's office contacted the clerk to Magistrate Judge Austin and obtained the following available dates to reset the mandatory scheduling conference: August 5, 2013, at 9:30 a.m. or August 7, 2013, at either 9:30 a.m. or 10:00 a.m.

Plaintiff respectfully requests that the mandatory scheduling conference currently set for July 25, 2013, at 9:00 a.m. be continued to August 5, 2013, at 9:30 a.m.

Dated: April 29, 2013              DARRASLAW

                                                      */s/ Lissa A. Martinez*
FRANK N. DARRAS
LISSA A. MARTINEZ
SUSAN B. GRABARSKY
PHILLIP S. BATHER
Attorneys for Plaintiff

## **ORDER**

1. Plaintiff's request for a continuance of the mandatory scheduling conference is GRANTED. The initial scheduling conference currently set for July 25, 2013, at 9:00 a.m. is continued to August 5, 2013, at 9:30 a.m. The parties shall submit a joint scheduling report one week prior to the hearing.

IT IS SO ORDERED.

    Dated:   **April 30, 2013**                    **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE