UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA THOMPSON<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENTINSURANCE COMPANY; and G.C.I. AND NAMED SUBSIDIARIES GROUP DISABILITY INCOME INSURANCE PLAN,<br><br>　　　　　Defendant. | Case No.  1:13-CV-00589-AWI-GSA<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF UNSERVED DEFENDANT G.C.I. AND NAMED SUBSIDIARIES GROUP DISABILITY INCOME INSURANCE PLAN WITHOUT PREJUDICE** |

Based on the Stipulation of the parties for Dismissal without Prejudice of unserved Defendant G.C.I. and Named Subsidiaries Group Disability Income Insurance Plan ("the Plan"), and good cause appearing therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4837-6672-9749 v1

- 1 -

CASE NO. 1:13-CV-00589-AWI-GSA
[PROP] ORDER RE: STIP. FOR DISMISSAL OF PLAN WITHOUT PREJUDICE

Pursuant to Rule 41, IT IS HEREBY ORDERED THAT the Plan only shall be dismissed from this lawsuit without prejudice and without costs, under the terms and conditions of the accompanying Stipulation. The action shall proceed solely against Defendant Hartford Life and Accident Insurance Company.

IT IS SO ORDERED.

Dated:  August 19, 2013

_____
SENIOR DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4837-6672-9749 v1

- 2 -

CASE NO. 1:13-CV-00589-AWI-GSA
[PROP] ORDER RE: STIP. FOR DISMISSAL OF PLAN WITHOUT PREJUDICE