1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  STACIA THOMPSON                    Case No.  1:13-CV-00589-AWI-GSA

12              Plaintiff,             **ORDER RE STIPULATION FOR
                                       DISMISSAL OF UNSERVED
13  v.                                 DEFENDANT G.C.I. AND NAMED
                                       SUBSIDIARIES GROUP
14  HARTFORD LIFE AND                  DISABILITY INCOME INSURANCE
    ACCIDENTINSURANCE                  PLAN WITHOUT PREJUDICE**
15  COMPANY; and G.C.I. AND
    NAMED SUBSIDIARIES GROUP
16  DISABILITY INCOME
    INSURANCE PLAN,
17
                Defendant.
18

19

20

21        Based on the Stipulation of the parties for Dismissal without Prejudice of

22  unserved Defendant G.C.I. and Named Subsidiaries Group Disability Income

23  Insurance Plan ("the Plan"), and good cause appearing therefore,

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4837-6672-9749 v1            - 1 -        CASE NO. 1:13-CV-00589-AWI-GSA
                                             [PROP] ORDER RE: STIP. FOR DISMISSAL OF
                                             PLAN WITHOUT PREJUDICE

1    Pursuant to Rule 41, IT IS HEREBY ORDERED THAT the Plan only shall

2  be dismissed from this lawsuit without prejudice and without costs, under the terms

3  and conditions of the accompanying Stipulation.  The action shall proceed solely

4  against Defendant Hartford Life and Accident Insurance Company.

5

6

7  IT IS SO ORDERED.

8  Dated:   August 19, 2013              _____

9                                            SENIOR  DISTRICT  JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4837-6672-9749 v1                    - 2 -

CASE NO. 1:13-CV-00589-AWI-GSA
[PROP] ORDER RE: STIP. FOR DISMISSAL OF
PLAN WITHOUT PREJUDICE