UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| STACIA THOMPSON<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENTINSURANCE COMPANY; and G.C.I. AND NAMED SUBSIDIARIES GROUP DISABILITY INCOME INSURANCE PLAN,<br><br>　　　　Defendant. | Case No. 1:13-cv-00589-AWI-GSA<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES** |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated:　November 13, 2013　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4812-7368-9622 v1　　- 1 -　　CASE NO. 1:13-CV-00589-AWI-GSA
(PROPOSED) ORDER RE STIP. FOR
DISMISSAL W/PREJ. OF ENTIRE ACTION